UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRIDA EMALANGE, a single woman,<br><br>Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE also known as FIRST NATIONAL INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | No. 18-cv-00854-RSM<br><br>STIPULATION AND ORDER OF DISMISSAL |

## STIPULATION

IT IS HEREBY STIPULATED by counsel for the parties hereto that all claims in this action shall be dismissed with prejudice and without costs.

DATED this 13th day of September, 2018.

           *s/ Morgan E. Smith*
           John M. Silk, WSBA# 15035
           Morgan E. Smith, WSBA# 37954
           WILSON SMITH COCHRAN DICKERSON
           901 Fifth Avenue, Suite 1700
           Seattle, WA 98164-2050
           206-623-4100 telephone
           silk@wscd.com / smithm@wscd.com
           Attorneys for Defendant



DATED this 13th day of Septmeber, 2018.

*s/ Gary M. Rusing*
THE RUSING FIRM
120 Grand Avenue
Bellingham, WA 98225
360-676-1420 telephone
gary@rusingfirm.com
Attorney for Plaintiff

ORDER OF DISMISSAL

Based on the above stipulation, IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs.

DATED this 17 day of September 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Morgan E. Smith*
John M. Silk, WSBA# 15035
Morgan E. Smith, WSBA# 37954
WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, WA 98164-2050
206-623-4100 telephone
silk@wscd.com / smithm@wscd.com
Attorneys for Defendant

Approved as to form; notice of presentation waived:

*s/ Gary M. Rusing*
THE RUSING FIRM
120 Grand Avenue
Bellingham, WA 98225
360-676-1420 telephone
gary@rusingfirm.com
Attorney for Plaintiff

STIPULATION AND ORDER OF DISMISSAL – 2

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273